

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2020 JUN 15 PM 12: 11
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN DANIEL ROONEY,<br><br>Defendant. | 8:20CR 104<br><br>INDICTMENT<br><br>18 U.S.C. §§ 1112 & 1153 |

The Grand Jury charges that

## COUNT I

On or about May 16, 2020, in the District of Nebraska, within the exterior boundaries of the Winnebago Indian Reservation, the defendant, JONATHAN DANIEL ROONEY, an Indian male, did unlawfully kill K.D., an Indian female, upon a sudden quarrel and heat of passion.

In violation of Title 18, United States Code, Sections 1112 and 1153.

A TRUE BILL.


FOREPERSON


The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

*Lecia E. Wright*
LECIA E. WRIGHT #24562
Assistant U.S. Attorney

1