IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Plaintiff, | CASE NO. 8:20CR104 |
| vs. | SUBMISSION OF THE DETERMINATION OF DETENTION OR RELEASE |
| JONATHAN D. ROONEY | |
| Defendant. | |

Defendant states to the Court as follows:

(1) I understand that the Court must determine whether I should be detained or released, pending future judicial proceedings.

(2) I have discussed with my attorney my right to present evidence and make argument on this determination. All the questions I have concerning that right have been answered. I understand that by not requesting a hearing to present evidence and make argument, the Court will make the determination based upon the information within the Court's record.

(3) At this time, I wish to give up my right to present evidence and make argument on the determination of detention or release and submit the matter to the Court.

/S/    *Jonathan Rooney*                              06/15/2020
Defendant                                              Date

*Kelly M. Steenbock*                                  6/15/2020
Attorney for Defendant                                 Date
Kelly M. Steenbock

**ORDER**

**IT IS ORDERED** that Defendant's Submission of the Determination of Detention or Release is hereby accepted, and a separate order will be issued concerning detention or release.

DATED this 15th day of June, 2020.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT