FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2020 AUG 20  PM 4:25

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN DANIEL ROONEY,<br><br>Defendant. | 8:20 CR 104<br><br>SUPERSEDING INDICTMENT<br><br>18 U.S.C. § 1112 & 1153<br>18 U.S.C. § 1512 |

The Grand Jury charges that

## COUNT I

On or about May 16, 2020, in the District of Nebraska, within the exterior boundaries of the Winnebago Indian Reservation, the defendant, JONATHAN DANIEL ROONEY, an Indian male, did unlawfully kill K.D., an Indian female, upon a sudden quarrel and heat of passion.

In violation of Title 18, United States Code, Sections 1112 and 1153.

## COUNT II

On or about May 16, 2020, in the District of Nebraska, within the exterior boundaries of the Winnebago Indian Reservation, the defendant, JONATHAN DANIEL ROONEY, an Indian male, did corruptly alter, destroy, mutilate, and conceal a record or other object, to wit: a cell phone, JONATHAN DANIEL ROONEY'S clothing, and K.D.'s body, with the intent to impair its integrity and availability for use in an official proceeding, the federal criminal investigation and prosecution of JONATHAN DANIEL ROONEY.

In violation of Title 18, United States Code, Section 1512(c)(1).

A TRUE BILL.


_____
FOREPERSON


The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.


*Lecia E. Wright*
LECIA E. WRIGHT, NE #24562
Assistant U.S. Attorney