IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:20CR104 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANT'S UNOPPOSED** |
| | ) | **MOTION TO CONTINUE TRIAL** |
| | ) | |
| JONATHAN DANIEL ROONEY, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Jonathan Daniel Rooney, by and through his attorney, Kelly M. Steenbock, and hereby moves the Court to continue trial, currently scheduled for August 16, 2021. In furtherance of said Motion, and as good cause for granting the same, Defendant states:

1. After consultation with counsel for the government, both counsel anticipate trial in this matter will take two weeks. Counsel bases this estimate upon the complexity of the case, the number of witnesses and the anticipated testimony of multiple expert witnesses.

2. Counsel has informed the Defendant of his right to a speedy trial in this case. Understanding that right, the Defendant agrees that this motion is in his best interests and waives any right to a speedy trial.

3. Assistant United States Attorney Lecia E. Wright has no objection to the requested continuance.

WHEREFORE, the Defendant respectfully requests the Court to continue his trial to a date at Court's earliest convenience to accommodate the anticipated length of trial.

JONATHAN ROONEY, Defendant,

By:   s/ Kelly M. Steenbock
**KELLY M. STEENBOCK**
**Assistant Federal Public Defender**
222 South 15th Street, Suite 300N
Omaha, NE 68102
(402) 221-7896
Fax: (402) 221-7884
email: kelly_steenbock@fd.org