IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JONATHAN DANIEL ROONEY,<br><br>                Defendant. | 8:20CR104<br><br>MOTION TO RESTRICT |

COMES NOW the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and moves this Court to restrict the Government's Reply to Defendant's Objection to Proposed 404(B) Evidence regarding the above-captioned defendant.

                                              UNITED STATES OF AMERICA, Plaintiff

                                              JOSEPH P. KELLY
                                              United States Attorney
                                              District of Nebraska

                              By:    *s/ Lecia E. Wright*
                                              LECIA E. WRIGHT, #24562
                                              Assistant U.S. Attorney
                                              1620 Dodge Street, Suite 1400
                                              Omaha, NE  68102-1506
                                              Tel:  (402) 661-3700
                                              E-mail:  Lecia.Wright@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on July 6, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all registered participants.

                                                          *s/ Lecia Wright*
                                                          Assistant U.S. Attorney