IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20CR104 |
| vs. | MOTION TO RESTRICT |
| JONATHAN DANIEL ROONEY, | |
| Defendant. | |

COMES NOW the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and moves this Court to restrict the Government's Argument on Admissibility of 404(b) Evidence regarding the above-captioned defendant.

UNITED STATES OF AMERICA, Plaintiff

JAN W. SHARP
Acting United States Attorney
District of Nebraska

By:  *s/ Lecia E. Wright*
LECIA E. WRIGHT, #24562
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506
Tel: (402) 661-3700
E-mail: Lecia.Wright@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all registered participants.

*s/ Lecia Wright*
Assistant U.S. Attorney