IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:20CR104 |
| | ) | |
| Plaintiff, | ) | **AFFIDAVIT IN SUPPORT OF** |
| | ) | **MOTION FOR ISSUANCE OF** |
| v. | ) | **SUBPOENAS** *IN FORMA* |
| | ) | *PAUPERIS* |
| JONATHAN DANIEL ROONEY, | ) | |
| | ) | |
| Defendant. | ) | |

Kelly M. Steenbock, being first duly sworn, states that:

1. I have been appointed to represent the Defendant because the Defendant is without funds to pay for the defense of his case.

2. The Defendant intends to subpoena Myshell Mike and Sheriff Shelly Perez for testimony which will not be provided without a subpoena.

3. Accompanying the Motion for Issuance of Subpoenas *In Forma Pauperis* are completed subpoenas for the witnesses to testify for the Defendant in this case.

4. Subpoenas shall be provided by the Clerk to defense counsel via e-mail.

I declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing is true and correct.

DATED this 29th day of November, 2021.

JONATHAN DANIEL ROONEY, Defendant,

By:   s/ Kelly M. Steenbock
**KELLY M. STEENBOCK**
**Assistant Federal Public Defender**
222 South 15th Street, Suite 300N
Omaha, NE  68102
(402) 221-7896

fax: (402) 221-7884
e-mail: kelly_steenbock@fd.org