## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:20CR104** |
| | ) | |
| **Plaintiff,** | ) | **ORDER FOR ISSUANCE OF** |
| | ) | **SUBPOENAS** *IN FORMA* |
| **v.** | ) | *PAUPERIS* |
| | ) | |
| **JONATHAN DANIEL ROONEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

THIS MATTER came before the Court on the 29th day of November, 2021, on the motion of the Defendant for an order allowing the issuance of Subpoenas *In Forma Pauperis* (Filing No. 130), pursuant to Fed. R. Crim. P. 17.

The Court, being fully advised in the premises, finds that the Motion should be granted as follows:

IT IS THEREFORE ORDERED:

1.      That the Clerk of the District Court is ordered to issue subpoenas as identified in Defendant's Motion and supporting Affidavit and as directed by the Defendant, and that the Defendant is relieved of any obligation to pay for same.

2.      That said costs, if any, be paid by the United States.

3.      That said subpoenas be provided by the Clerk of Court to defense counsel via email.

4.      That said subpoenas be served by private process server.

Dated this 29th day of November, 2021.

BY THE COURT:

_____
The Honorable Michael D. Nelson
United States Magistrate Judge