IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 8:20 CR 104 |
| JONATHAN DANIEL ROONEY, | WITNESS LIST |
| Defendants. | |

Plaintiff submits the following list of witnesses it may call in the above-captioned matter:

1. Robert Armell
2. Jordana Bass
3. George S. Behonick, PhD, F-ABFT
4. Amy Bonomi, Bonomi Consulting
5. Nate Bigfire
6. Bradley Colligan, FBI ERT
7. Garan Coons
8. Myah Decorah
9. Stella Decorah
10. Sarah Dobbs
11. John Filippi, D.D.S., D.A.B.F.O.
12. Clint Free, Winnebago Police Department
13. Roxanne Frenchman, Winnebago Police Department
14. Jeff Going, Nebraska State Fire Marshal
15. Jonathan Grant, Winnebago Fire Department
16. Marilyn Grant
17. Adam Hall

18. Andrew (aka "Skip") Healey, FBI SA Pilot
19. Mellissa Hellisgo, MT (ASCP), MFS
20. Devan Henschke, Thurston County Jail
21. Marvin Horn
22. Nathan Houpt, FBI
23. Jeff Howard, Retired FBI
24. Michael E. Lamb, M.S.F.S., D-ABFT-FT
25. Kenneth LaPointe, Winnebago Police Department
26. Natasha Lasley
27. Jason Lawrence, Winnebago Police Department Chief of Police
28. Erin Linde, M.D.
29. Pam Mahkuk
30. Eli McBride, FBI ERT
31. Myshell Mike
32. Robert F. Mothershead II, FBI Laboratory
33. Joaquin Orduna
34. James Price, Sr.
35. Susan Rooney
36. Troy Rooney
37. SA Samuel Roberts, FBI
38. Elizabeth Salzmann, FBI ERT
39. Wilhelmena Sharpback, Winnebago Land Management
40. Ramona Sheridan, Winnebago Tribal Enrollment
41. Peter Snowball, Winnebago Conservation Law Enforcement Officer
42. Benjamin St Cyr, Winnebago Conservation Officer

43. Jayme Starr

44. Lavone Tienken, FBI ERT

45. Marcus Trudell, Winnebago Police Department

46. Kyle Urbanec, Winnebago Fire Department

47. Anthony Walker, Winnebago Police Department

48. April Walker, Winnebago Police Department

49. Brittany H. Walter, PhD, D-ABFA

50. Robert Webber, FBI CART

51. Maribeth Whitewing

52. Navada Whitewing

53. Frank White

54. Any and all witnesses designated by the other parties in this matter.

UNITED STATES OF AMERICA, Plaintiff

JAN W. SHARP
Acting United States Attorney
District of Nebraska

By:  *s/ Lecia E. Wright*
LECIA E. WRIGHT, #24562
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
Tel:  (402) 661-3700
E-mail:  Lecia.Wright@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:  **Kelly M. Steenbock,** attorney for Mr. Rooney.

*s/ Lecia Wright*
Assistant U.S. Attorney