IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JONATHAN DANIEL ROONEY,<br><br>    Defendant. | 8:20CR104<br><br>MOTION TO RESTRICT |

  COMES NOW the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and moves this Court to restrict the Government's Motion in Limine and Brief in Support of the Motion in Limine regarding the above-captioned defendant.

               UNITED STATES OF AMERICA, Plaintiff

               JAN W. SHARP
               Acting United States Attorney
               District of Nebraska

          By: *s/ Lecia E. Wright*
             LECIA E. WRIGHT, #24562
             Assistant U.S. Attorney
             1620 Dodge Street, Suite 1400
             Omaha, NE 68102-1506
             Tel: (402) 661-3700
             E-mail: Lecia.Wright@usdoj.gov

CERTIFICATE OF SERVICE

  I hereby certify that on November 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all registered participants.

               *s/ Lecia Wright*
               Assistant U.S. Attorney