IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JONATHAN DANIEL ROONEY,

    Defendant.

**WITNESS LIST**

Case No.  8:20CR104
Deputy:    Marian Frahm
Reporter:  Sue DeVetter
Date:      December 6-15, 2021

FOR PLAINTIFF:

| Name | Date |
| --- | --- |
| Eli McBride | December 6, 2021 |
| | December 7, 2021 |
| Lavone Tienken | December 7, 2021 |
| Bradley J. Colligan | December 7, 2021 |
| Andrew John Healey | December 7, 2021 |
| Garan Coons | December 7, 2021 |
| Mysell Leannrose Mike | December 7, 2021 |
| Clinton Jerome Free | December 7, 2021 |
| April Walker | December 8, 2021 |
| Peter Snowball, Sr. | December 8, 2021 |
| Benjamin Louis St. Cyr | December 8, 2021 |
| Kyle Urbanec | December 8, 2021 |
| Jonathan Grant | December 8, 2021 |
| Susan Marie Rooney | December 8, 2021 |
| Anthony Walker | December 8, 2021 |
| Robert Webber | December 9, 2021 |
| Michael Lamb | December 9, 2021 |
| Pamelia Mahkuk | December 9, 2021 |
| Jeffrey L. Going | December 9, 2021 |
| Robert F. Mothershead | December 9, 2021 |

| Jeffrey Howard | December 9, 2021 |
| --- | --- |
| Joaquin Orduna | December 9, 2021 |
| Samuel Roberts | December 9, 2021 |
| Frank White | December 9, 2021 |
| Nathan Houpt | December 9, 2021 |
| Marvin Horn, Jr. | December 9, 2021 |
| Ramona Sheridan | December 10, 2021 |
| Wilhelmena Sharpback | December 10, 2021 |
| Erin Linde, MD. | December 10, 2021 |
| Dr. John Filippi | December 10, 2021 |
| Dr. Brittany H. Walter | December 10, 2021 |
| Nathaniel Bigfire | December 13, 2021 |
| Devon Robert Henschke | December 13, 2021 |
| Mellissa Ann Hellisgo | December 13, 2021 |
|  |  |

FOR DEFENDANT:

| Name | Date |
| --- | --- |
| Mysell Leannrose Mike | December 13, 2021 |
| Troy Rooney | December 13, 2021 |