IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
DEC 15 2021
OFFICE OF THE CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20CR104 |
| v. | |
| JONATHAN DANIEL ROONEY, | VERDICT |
| Defendant. | |

### COUNT I

### CHARGED OFFENSE

We, the jury, find the defendant, Jonathan Daniel Rooney, __not guilty__
   [guilty/not guilty]

of the crime of second-degree murder, as charged in Count I of the Second Superseding Indictment.

Note: If you unanimously find the defendant guilty of the above crime, have your foreperson write "guilty" in the above blank space and go on to consider whether the defendant is guilty of the crime charged in Count II. Do not consider the verdict form for the lesser-included offense under Count I.

If you unanimously find the defendant not guilty of the above charge, have your foreperson write "not guilty" in the above blank space. You then must consider whether the defendant is guilty of the lesser-included offense of voluntary manslaughter on the following verdict form.

If you are unable to reach a unanimous decision on the above charge, leave the space blank and decide whether the defendant is guilty of the lesser-included offense of voluntary manslaughter on the following verdict form.

## LESSER-INCLUDED OFFENSE

We, the jury, find the defendant, Jonathan Daniel Rooney, __guilty__
[guilty/not guilty]

of the crime of voluntary manslaughter, a lesser-included offense of the crime charged in Count I of the Second Superseding Indictment.

## COUNT II

We, the jury, find the defendant, Jonathan Daniel Rooney, __guilty__
[guilty/not guilty]

of the crime of obstruction of justice by destruction of evidence, as charged in Count II of the Second Superseding Indictment.

12/15/21
Date
9:57 am

[redacted]
Foreperson