IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JONATHAN DANIEL ROONEY,<br><br>　　　　　　Defendant. | 8:20CR104<br><br>UNITED STATES MOTION FOR UPWARD VARIANCE |

COMES NOW the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney and moves this Court for an upward variance from the 135 – 168 months' imprisonment guideline range to a sentence of 420 months. In support of this motion, the United States has contemporaneously filed a Sentencing Memorandum and Brief in Support of this Motion for Upward Variance.

　　　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA, Plaintiff

　　　　　　　　　　　　　　　　　　　　JAN W. SHARP
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　District of Nebraska

　　　　　　　　　　　By:　　s/ Lecia E. Wright
　　　　　　　　　　　　　　　　　　　　LECIA E. WRIGHT, NE #24562
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　1620 Dodge Street, Suite 1400
　　　　　　　　　　　　　　　　　　　　Omaha, NE  68102-1506
　　　　　　　　　　　　　　　　　　　　Tel:  (402) 661-3700
　　　　　　　　　　　　　　　　　　　　E-mail:  Lecia.Wright@usdoj.gov

CERTIFICATE OF SERVICE

　　　I hereby certify that on February 25, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all registered participants.

　　　　　　　　　　　　　　　　　　　　s/ Lecia Wright
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney