AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br>JONATHAN DANIEL ROONEY | )<br>)<br>)<br>) Case No: 8:20CR104-001<br>) USM No: 31675-047 |
| Date of Original Judgment: 03/15/2022<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) KELLY M. STEENBOCK<br>) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The Court finds that defendant Jonathan Daniel Rooney ("Rooney") is ineligible for Subpart A relief on Count I because the imposed sentence is already below the newly calculated guideline range. Rooney is eligible for Subpart A relief on Count II, but the Court, having reviewed the factors under 18 U.S.C. Section 3553(a), will not grant that relief. The original sentence was, and still is, appropriate. For all the reasons stated at Rooney's sentencing, this sentence is sufficient, but not greater than necessary to comply with the purposes of sentencing. Rooney's Motion to Reduce Sentence (Filing No. 224) is denied.

Except as otherwise provided, all provisions of the judgment dated  03/15/2022  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 09/23/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Robert F. Rossiter, Jr., Chief U.S. District Court Judge
*Printed name and title*